# UNITED STATES DISTRICT COURT
## Western District of Virginia
116 North Main Street
Harrisonburg, Virginia 22802

JULIA C. DUDLEY
CLERK
(540) 434-3181

April 9, 2014

Re: Raymond Burke, et al., v. Jeff Ribera
    Civil Action 5:14cv00001

Dear Counsel:

    This case has been assigned to District Judge Michael F. Urbanski and will be given a trial date in approximately eight months, unless an earlier date is requested by the parties.

    Please confer among yourselves and arrange a conference call with District Judge Urbanski's judicial assistant, Sue DePuy at (540) 857-5124, within a week from the date of this letter in order to set a specific trial date.  If a response is not received, we will assume that any date chosen in approximately eight months will be acceptable.

    Any hearings on non-dispositive motions, which include motions concerning discovery, will be scheduled and heard by Magistrate Judge James G. Welsh. Please contact his office at (540) 434-3181, ext. 2 and speak with his scheduling clerk, Karen Dotson, for a hearing date. Hearings on dispositive motions, such as motions to dismiss or for summary judgment, will be scheduled by Ms. DePuy. Please call her at the above number.

The court wants all discovery completed and all pre-trial motions filed within thirty days of the trial date. Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial. All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond before the thirty-day deadline.

    If you wish to have additional pretrial deadlines or wish to alter this schedule, please contact Magistrate Judge James G. Welsh.

                                                 Very truly yours,

                                                 s/ Jody Turner
                                                  Deputy Clerk

cc:  All Counsel
     Sue DePuy
     Law Clerk
     File