JEFF RIBERA
IN PROPIA PERSONA
3802 Rosecran Street #536
San Diego, CA 92110
Phone (619) 222-7700
Fax (619) 222-1723



UNITED STATES SISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| RAYMOND , BURKE<br>MISTY EPPARD,<br>ELIZABETH PETTIT-ALLEN<br>DONNA F. SHEPPARD,<br>and<br>JESSICA MORRIS<br><br>Plaintiffs,<br><br>Vs.<br><br>JEFF RIBERA,<br><br>Defendant, | Case No.: 5:14cv00001-MFU<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST FOR DEFAULT** |

    Defendant Jeff Ribera hereby responds today, April 8, 2014 to Plaintiffs' Request for Default; as follows:

1. The original Complaint was not mailed to me until March 14, 2014. Atached Exhibit 1 evidences the March 14th Postmark.

2. The Complaint arrived on March 19th, 2014 by Certified Mail, Return-Receipt-Requested.

1

3. Twenty-one days from Date of Service goes until April 9, 2014.

4. My Responsive Pleading was mailed on April 2, 2014 and confirmed by Karen (in Clerk's office) to have arrived April 7th. This was the 19th day after Service of the Summons upon me.

5. The above titled case is heavily disputed.

6. I state the above under oath.

7. I respectfully request Plaintiffs' request for Default be denied.

Date: April 8, 2014

Jeff Ribera, Defendant, In Pro Per

## Certificate of Service

I hereby certify that I mailed this Response to Entry of Default and Exhibit 1:

To: Dale W. Pitman
    112-A W. Tabb Street
    Petersburg, VA 23803

On: April 2, 2014

Trina Matthews

2



CERTIFIED MAIL

7012 2920 0001 0235 2987

The Law Office of Dale W. Pittman
112-A West Tabb Street
Petersburg, Virginia 23803-8212

Jeff Ribera
3802 Rosecrans St., #436
San Diego, CA 92110

Priority Mail
$015.97°
PITNEY BOWES

"Exhibit 1"